## EX PARTE HOLLEY.

(Decided April 17, 1913. Rehearing denied May 18, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, and EVINS & JACK, for appellant. McKINLEY, McQUEEN, HAWKINS & SNOW, and A. G. & E. D. SMITH, for appellee.

WALKER, P. J.—Petition dismissed on authority of *Ex parte Dew*, 7 Ala. App. 437, 62 South. 261.

## EX PARTE MALONE.

(Decided April 17, 1913. Rehearing denied May 18, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, and EVINS & JACK, for appellant. McKINLEY, McQUEEN, HAWKINS & SNOW, and A. G. & E. D. SMITH, for appellee.

PELHAM, J.—Petition dismissed on authority of *Ex parte Dew*, 7 Ala. App. 437, 62 South. 261.

## EX PARTE MORGAN.

(Decided April 17, 1913. Rehearing denied May 18, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, and EVINS & JACK, for appellant. McKINLEY, McQUEEN, HAWKINS & SNOW, and A. G. & E. D. SMITH, for appellee.

THOMAS, J.—Petition dismissed on authority of *Ex parte Dew*, 7 Ala. App. 437, 62 South. 261.

## GAINES V. THE STATE.

(Decided June 19, 1913.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. EDWARD J. GILDER.

C. K. ABRAHAM, for appellant. R. C. BRICKELL, Attorney General, and W. L. Martin, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.